

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

The Estate of Taylor H. Jobe, Deceased, Appellant

No. 06-13-00056-CV          v.

John F. Berry and John F. Berry, P.C., Appellees

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 2012-910-B).  Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant pay all costs of this appeal.

RENDERED APRIL 9, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk